UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN COUNTY SHERIFF'S OFFICE,<br><br>　　　　Defendant. | 1:15-cv-01008-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF LEAVE TO AMEND HIS COMPLAINT AND DENYING PLAINTIFF'S MOTION FOR RELIEF OF MENTAL, EMOTIONAL, VERBAL AND PHYSICAL ABUSE BY DETENTION DEPUTIES AND PLAINTIFF'S MOTION FOR THE COURT TO ADD DEFENDANTS<br>(ECF NOS. 9 AND 11)<br><br>THIRTY-DAY DEADLINE |

**I.     BACKGROUND**

　　Brian Caputo ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed a First Amended Complaint on September 19, 2016.  The First Amended Complaint has not yet been screened.

　　On September 19, 2016, Plaintiff also filed a motion for relief of mental, emotional, verbal and physical abuse by detention deputies ("Motion 1").  (ECF No. 8).  On September 26, 2016, Plaintiff filed a motion asking the Court to add defendants to the case ("Motion 2"). (ECF No. 11).

Motion 1 will be denied because it does not actually request relief. Instead, it complains of an incident that occurred on May 4, 2016.

Motion 2 will be denied because the Court does not provide the relief requested in the motion. Motion 2 complains of an incident that presumably occurred in Kern County Jail, and then asks the Court to add additional defendants to the case. However, the Court does not just add defendants into a case. If Plaintiff wishes to add additional defendants to this case he will need to amend his complaint.

Because both of these motions seem to be attempts to amend the First Amended Complaint, the Court will grant Plaintiff leave to amend. However, the Court notes the exhaustion requirement of 42 U.S.C. § 1997e(a) ("No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.").

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for relief of mental, emotional, verbal and physical abuse by detention deputies is DENIED;
2. Plaintiff's motion asking the Court to add defendants to the case is DENIED;
3. Plaintiff has thirty (30) days from the date of the service of this order to file a Second Amended Complaint; and
4. Failure to file the Second Amended Complaint (or a statement that Plaintiff does not wish to amend his complaint at this time) may result in this case being dismissed.

IT IS SO ORDERED.

Dated:   **October 18, 2016**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE