UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KERN COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | 1:15-cv-01008-EPG (PC)<br><br>ORDER GRANTING MOTION FOR COPY OF ORDER AND DENYING MOTION TO COMPEL AND FOR SANCTIONS<br>(ECF NOS. 36 & 37)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE ORDER ENTERED ON FEBRUARY 8, 2017 (ECF NO. 32) AND ATTACHMENTS |

　　　　Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On March 30, 2017, Plaintiff filed a request for a copy of the order entered on February 8, 2017 ("Motion for Copy of Order").  (ECF No. 36).  On that same day Plaintiff also filed a motion for the Court to compel the Kern County Sheriff's Office to answer interrogatories, and to sanction the Kern County Sherriff's Office for not timely answering the interrogatories ("Motion to Compel").  (ECF No. 37).

　　　　In Plaintiff's Motion for Copy of Order, Plaintiff alleges that he never received the Court's order (which Plaintiff refers to as a form) that was entered on February 8, 2017.  Because Plaintiff has allegedly never received a copy of that order, the Court will grant Plaintiff's Motion for Copy of Order.

　　　　As to Plaintiff's Motion to Compel, it will be denied because the Court has not yet opened discovery.  As laid out in the First Informational Order in Prisoner/Civil Detainee Civil Rights Case (ECF No. 3, p. 4), "[a]fter defendants' answers are filed, the Court will issue an order

---

[1] At the time of the incidents alleged in the original Complaint, Plaintiff was detained at Kern County Jail.  He is now incarcerated at the Lompoc U.S. Penitentiary.

opening discovery and setting deadlines for completing discovery, amending the pleadings, and filing dispositive motions. No discovery may be initiated until the Court issues a discovery order or otherwise orders that discovery begin." The Court has not issued a discovery order or otherwise ordered that discovery begin. Therefore, it is not yet time in this case for Plaintiff to conduct discovery.

Based on the foregoing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Copy of Order is GRANTED. The Clerk of Court is DIRECTED to send Plaintiff a copy of the order entered on February 8, 2017 (ECF No. 32), as well as the attachments; and
2. Plaintiff's Motion to Compel is DENIED.

IT IS SO ORDERED.

Dated: **March 31, 2017**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE