1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  BRIAN CAPUTO,                          Case No. 1:15-cv-01008-EPG (PC)

              Plaintiff,
10
                                          ORDER REQUIRING STATUS REPORT
11        v.
                                          (ECF NO. 54)
   GONZALEZ,
12
              Defendant.
                                          TWENTY-ONE DAY DEADLINE
13

14

15

16       On June 29, 2017, the United States Marshals Service ("USMS") returned the summons

17  unexecuted as to Deputy Gonzalez because Deputy Gonzalez was no longer employed by Kern

18  County and did not leave a forwarding address. (ECF No. 49). On July 7, 2017, the Court

19  granted Plaintiff's motion for the issuance of a subpoena upon Kern County Sherriff's Office

20  by the USMS without prepayment of costs so that Plaintiff could request documents regarding

21  the full name and last known address of Deputy Gonzalez. (ECF No. 51).

22       After Plaintiff completed and returned the subpoena and Form USM-285 (ECF No. 52),

23  the Court directed the USMS to serve the subpoena. (ECF No. 53). On August 16, 2017, the

24  USMS filed a certificate of service, which stated that the subpoena was personally served on

25  August 10, 2017. (ECF No. 54).

26       It has now been two months since Kern County Sheriff's Office was served with the

27  subpoena, and Plaintiff has not requested additional service documents so that he can complete

28  and return them with an updated address for Deputy Gonzalez, filed a motion to compel, or

                                          1

filed a request for additional discovery.

Accordingly, IT IS ORDERED that Plaintiff has twenty-one days from the date of service of this order to provide a status report regarding his efforts to obtain the full name and last known address of Deputy Gonzalez.

Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 11, 2017**                    /s/ _Eric P. Grosjean_
                                                              UNITED STATES MAGISTRATE JUDGE