UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALEZ,<br><br>    Defendant. | Case No. 1:15-cv-01008-EPG (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE A NOTICE OF CHANGE OF ADDRESS AND DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE ORDER ENTERED ON OCTOBER 11, 2017 (ECF NO. 57), THE MOTION FOR ADDITIONAL TIME FILED ON OCTOBER 12, 2017 (ECF NO. 59), AND THE ORDER ENTERED ON OCTOBER 17, 2017 (ECF NO. 60) |

Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 20, 2017, an order the Court sent to Plaintiff was returned as undeliverable. Plaintiff is reminded that it is Plaintiff's obligation to keep the Court informed about his current address.

Accordingly, IT IS ORDERED THAT:

1. Plaintiff shall file a notice of change of address by December 29, 2017; and
2. The Clerk of Court is directed to send Plaintiff a copy of this order, a copy of the order requiring status report (ECF No. 57), a copy of Kern County Sheriff's Office's motion for additional time to respond to subpoena (ECF No. 59), and a copy of the order granting the motion for additional time to respond to subpoena (ECF No. 60) at: 1) Brian Caputo, 71322-097, FCI Marianna, Federal

---

[1] At the time of the incidents alleged in the complaint, Plaintiff was detained at Kern County Jail. It appears that he is now incarcerated at FCI Marianna.

1

Correctional Institution, P.O. Box 7007, Marianna, FL 32447; and 2) Brian Caputo, 71322-097, FCI Marianna, Federal Correctional Institution, Satellite Camp, P.O. Box 7006, Marianna, FL 32447.

IT IS SO ORDERED.

Dated: **October 23, 2017**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE