# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>Plaintiff,<br><br>v.<br><br>GONZALES and DOE(S),<br><br>Defendants. | Case No. 1:15-cv-01008-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY<br><br>(ECF NO. 67) |

Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 14, 2017, Plaintiff filed a motion for discovery. (ECF No. 67). Plaintiff appears to be seeking documents from Kern County Sheriff's Office related to one of his claims in this case.

Plaintiff's motion will be denied. While the Court granted Plaintiff's motion for issuance of a subpoena *duces tecum* upon Kern County Sheriff's Office, it was for the limited purpose of identifying and finding an address for defendant Gonzalez. (ECF No. 51). Full discovery has not yet been opened in this case (ECF No. 3, p. 4), and Plaintiff has not provided a reason why he needs to take additional early discovery. Moreover, Kern County Sheriff's Office is not currently a party to this case. Therefore, if Plaintiff wants documents from Kern County Sheriff's Office he must (as he did before) file a motion for a subpoena *duces tecum* once the Court issues a scheduling order opening discovery.

///
///
///
///

---

[1] At the time of the incidents alleged in the complaint, Plaintiff was detained at Kern County Jail. He is now incarcerated at FCI Marianna.

1

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for discovery is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **November 15, 2017**        /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE