1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11   BRIAN CAPUTO,                          Case No. 1:15-cv-01008-LJO-EPG (PC)

12                    Plaintiff,             ORDER DENYING PLAINTIFF'S MOTION
                                            FOR DISCOVERY
13            v.
                                            (ECF NO. 88)
14   GONZALES, et al.,

15                    Defendants.

16            Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this

17   civil rights action filed pursuant to 42 U.S.C. § 1983.

18            On April 2, 2018, Plaintiff filed a motion asking the Court for discovery.  (ECF No. 67).

19   Plaintiff lists documents that he wants, as well as questions he wants to ask.

20            Plaintiff's motion will be denied.  While the Court granted Plaintiff's motion for issuance

21   of a subpoena *duces tecum* upon Kern County Sheriff's Office, it was for the limited purpose of

22   identifying and finding an address for defendant Gonzales.  (ECF No. 51).  Full discovery has not

23   yet been opened in this case (ECF No. 3, p. 4), and Plaintiff has not provided a reason why he

24   needs to take additional early discovery.  The Court notes that it will likely open full discovery at

25   the Initial Scheduling Conference, which is currently set for June 27, 2018, at 1:30 p.m.

26   \\\

27   _____

28        [1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint.  He is now
     incarcerated at FCI Marianna.

                                                    1

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for discovery is DENIED.

IT IS SO ORDERED.

Dated:   **April 6, 2018**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE