# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>        Plaintiff,<br><br>    v.<br><br>GONZALES, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR SANCTIONS AND DIRECTING DEFENDANTS TO SERVE PLAINTIFF WITH A COPY OF THEIR INITIAL DISCLOSURES<br><br>(ECF NO. 112) |

      Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On August 16, 2018, Plaintiff filed objections to Defendants' motion for a protective order. (ECF No. 112). While titled as objections to Defendants' motion for a protective order, Plaintiff is actually seeking sanctions against Defendants because, according to Plaintiff, Defendants lied to the Court when stating that they served Plaintiff with their initial disclosures.

      Plaintiff's motion will be denied because has presented no evidence that Defendants lied to the Court. However, because Plaintiff has alleged that he did not receive Defendants' initial disclosures, the Court will order Defendants to serve Plaintiff with a copy of their initial

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at FCI Marianna.

1

disclosures.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's request for sanctions is DENIED; and
2. Defendants have fourteen days from the date of service of this order to serve Plaintiff with a copy of their initial disclosures.

IT IS SO ORDERED.

Dated: **August 17, 2018**

/s/ Erin P. Gros
UNITED STATES MAGISTRATE JUDGE

2