# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>        Plaintiff,<br><br>  v.<br><br>GONZALES, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER FOR WARDEN OF USP YAZOO CITY TO SHOW CAUSE WHY HE OR SHE SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH COURT ORDERS<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE LITIGATION COORDINATOR AND WARDEN OF USP YAZOO CITY |

Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983. He is currently confined at the United States Penitentiary in Yazoo City, Mississippi. As described below, Plaintiff failed to appear at a telephonic court appearance despite notice to Plaintiff and the institution. The Court thus orders the Warden of USP Yazoo City to show cause why he or she should not be sanctioned for failure to make Plaintiff available for his telephonic court appearance.

On June 29, 2018, the Court issued a scheduling order in this case. (ECF No. 104). As part of the scheduling order, the Court set a telephonic discovery and status conference for November 7, 2018, at 10:00 a.m. (Id.). The order stated:

> A discovery and status conference is set for **November 7, 2018,**
> **at 10:00 a.m**. Parties have leave to appear by phone. To join the

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City, Mississippi.

conference, each party is directed to call the toll-free number **(888) 251−2909** and use **Access Code 1024453.**

. . .

Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the discovery and status conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above. To the extent possible, prior to the conference defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

(Id. at 4) (emphasis in original).

On October 3, 2018, the Court sent an order to Case Manager Carey at Federal Correctional Institution, Marianna, Florida, where Plaintiff was previously confined. (ECF No. 122). The order listed the date and time of the conference, and stated that "Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above." (Id.).

As Plaintiff was transferred to USP Yazoo City (ECF No. 125), on October 30, 2018, the Court also sent an order to Unit Counselor Flowers at USP Yazoo City (ECF No. 126). The order listed the date and time of the conference, and stated that "Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above." (Id.). In addition, court staff attempted to call the publicly listed telephone number for USP Yazoo City several times, but there was no answer.

Plaintiff also filed a notice to the Court informing the Court of his change of address and stating that Plaintiff notified his institution, USP Yazoo City, of this Court appearance. (ECF No. 125) ("Plaintiff has also received notice of the teleconference on November 7, 2018 at 1:00 p.m. E.S.T. and is trying to have it set up with Unit Consular [sic] 'Flowers.'").

Nevertheless, when the Court held the conference on the date and time scheduled, Plaintiff did not appear. The undersigned Judge, court staff, and defense counsel Andrew Thomson and Robert Rice waited for approximately ten minutes before it was determined that that the hearing could not be held.

2

Accordingly, the Court will order the Warden of USP Yazoo City to show cause why the Warden should not be sanctioned for failing to comply with court orders directing Plaintiff's institution of confinement to make Plaintiff available for the conference (ECF Nos. 104, p. 4, 122, & 126).

Thus, IT IS ORDERED that:

1.  The Warden of USP Yazoo City shall show cause why sanctions should not issue for the Warden's failure to comply with the Court's orders directing Plaintiff's institution of confinement to make Plaintiff available for the conference. The Warden has until November 30, 2018, to file a written response explaining why he or she did not make Plaintiff available for the conference; and

2.  The Clerk of Court is directed to serve a copy of this order on: 1) Warden, USP Yazoo City, U.S. Penitentiary, P.O. Box 5666, Yazoo City, MS 39194; and 2) Litigation Coordinator, USP Yazoo City, U.S. Penitentiary, P.O. Box 5666, Yazoo City, MS 39194.

IT IS SO ORDERED.

Dated:   **November 8, 2018**        /s/ _Erica P. Grosjean_
                                      UNITED STATES MAGISTRATE JUDGE