UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALES, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS<br><br>(ECF NO. 125)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF THE SCREENING ORDERS (ECF NOS. 44, 81, & 93) AND THE SCHEDULING ORDER (ECF NO. 104) |

    Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On October 29, 2018, Plaintiff filed a notice of change of address. (ECF No. 125). In it, Plaintiff states that he was moved due to hurricane Michael, and that he is "without any and all prior legal papers" regarding this case. (Id.).

    While Plaintiff did not file a motion, given Plaintiff's allegation that he does not have access to his legal papers, the Court will direct the Clerk of Court to send Plaintiff a copy of the screening orders (ECF Nos. 44, 81, & 93) and the scheduling order (ECF No. 104).

    The Court cannot send Plaintiff documents he received from Defendants. If Plaintiff never receives those documents from his prior institution, he can ask for those documents again from Defendants.

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

1

If Plaintiff cannot obtain his necessary papers despite these efforts, Plaintiff may file a motion, which the Court will consider at that time.

Accordingly, IT IS ORDERED that the Clerk of Court shall send Plaintiff a copy of the screening orders (ECF Nos. 44, 81, & 93) and the scheduling order (ECF No. 104).

IT IS SO ORDERED.

Dated: **November 8, 2018**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE