UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>        Plaintiff,<br><br>    v.<br><br>GONZALES, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO RESCHEDULE CONFERENCE<br><br>(ECF NO. 133)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON WARDEN MARTIN AND COUNSELOR FLOWERS |

        Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983.

        On November 15, 2018, Plaintiff filed a letter to the Court. (ECF No. 133). Plaintiff apologizes for missing the conference that was scheduled for November 7, 2018, explains that it was not his fault that he missed the conference, and requests that the conference be rescheduled.

        The Court finds good cause to reschedule the conference. Although the Court has ruled on certain motions that were pending before the last conference, the Court will be prepared to address any outstanding issues and the status of the case.

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

Accordingly, IT IS ORDERED THAT:

1. A telephonic status conference is set for December 19, 2018, at 1:30 p.m.
2. To appear telephonically, each party is to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. Plaintiff shall make arrangements with staff at his or her institution of confinement for his or her attendance at the conference. Plaintiff's institution of confinement shall make Plaintiff available for the conference at the date and time indicated above.
3. The Clerk of Court is directed to serve a copy of this order to:
   a. Warden Martin, USP Yazoo City, U.S. Penitentiary, P.O. Box 5666, Yazoo City, MS 39194; and
   b. Unit Counselor Flowers, USP Yazoo City, U.S. Penitentiary, P.O. Box 5666, Yazoo City, MS 39194.

IT IS SO ORDERED.

Dated: **December 6, 2018**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE