UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALES, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER FOLLOWING STATUS CONFERENCE<br><br>(ECF No. 142) |

    Brian Caputo ("Plaintiff"), is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    The Court held a telephonic status conference on December 19, 2018. Plaintiff appeared on his own behalf, and counsel Andrew Thomson and Robert Rice appeared on behalf of defendants Gonzales and Black.

    For the reasons stated on the record at the conference, IT IS ORDERED that:

1. No later than January 11, 2019, Plaintiff shall send defense counsel a response to the request for production of documents that was served on November 1, 2018. Plaintiff only needs to produce documents that are in his possession, custody, or control.
2. Defendants Gonzales and Black have until January 31, 2019, to take Plaintiff's

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

1

deposition.

3. Plaintiff's motion for extension of time to conduct appropriate discovery and provide disclosure (ECF No. 142) is denied, except as provided herein.

4. Defendants Gonzales and Black have until January 11, 2019, to send Plaintiff the following documents, if not already provided to Plaintiff:

    a. Grievance 0007, dated March 29, 2014;
    b. The request form dated March 29, 2014;
    c. Kern County Policies, Procedures, and Codes, if any, regarding the objective of incarceration, the administrative remedy procedures, and the jail's policy regarding excessive force and use of force;
    d. The protocol for isolation cells and periodic reviews; and
    e. Documents and audio recordings related to the internal affairs report regarding the incident alleged in the complaint. If there are transcripts of the audio recordings, defendants Gonzales and Black shall produce them. If there are no such transcripts, defendants Gonzales and Black do not need to create transcripts.

5. Plaintiff has until January 11, 2019, to serve defendants Gonzales and Black with a copy of the grievance dated July 26, 2016.

6. The expert disclosure deadline is March 15, 2019.

7. The rebuttal expert disclosure deadline is April 19, 2019.

8. The expert discovery cutoff is May 17, 2019.

9. All other dates and deadlines remain the same.

IT IS SO ORDERED.

Dated: **December 20, 2018**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE