# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALES, et al.,<br><br>    Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO MEET AND CONFER RE: SETTLEMENT CONFERENCE |

Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983.

As the Telephonic Trial Confirmation Hearing is less than six months away (see ECF No. 104), IT IS ORDERED that:

1. The parties shall meet and confer[2] regarding whether a settlement conference should be set.
2. Within three weeks from the date of service of this order, the parties shall file a notice regarding settlement conference, which shall include each parties' position on whether a settlement conference should be set, potential dates for the settlement conference, and the preferred method for holding the settlement

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

[2] The parties may meet and confer via telephone or letters.

1

conference.[3]  After receiving the notice, the Court may direct the parties to participate in a settlement conference.

IT IS SO ORDERED.

Dated: **March 20, 2019**

/s/ Eric P. Grosj____
UNITED STATES MAGISTRATE JUDGE

---

[3] For instance, each party should indicate whether that party believes it would be beneficial to have Plaintiff transported to California for the settlement conference, or whether a video conference from Plaintiff's institution of confinement would be possible and preferable.