UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRIAN CAPUTO,　　　　　　　　　　　Case No. 1:15-cv-01008-LJO-EPG (PC)

    Plaintiff,

  v.

GONZALES, et al.,

    Defendants.　　　　　　　**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Brian Caputo, BOP Register #71322-097, a necessary and material witness in a settlement conference in this case on June 5, 2019, is confined in USP Yazoo City, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Jennifer L. Thurston, **by telephone from his place of confinement**, to the U. S. District Court, 510 19th Street, Bakersfield, California 93301, on Wednesday, June 5, 2019, at 10:00 a.m. (12:00 p.m. Central Time).

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, by telephone, at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, USP Yazoo City, P. O. Box 5666, Yazoo City, Mississippi 39194:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Thurston at the time and place above, by telephone, until completion of the settlement conference or as ordered by the court.

///
///
///

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: __April 30, 2019__       /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE