UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>        Plaintiff,<br><br>   v.<br><br>GONZALES, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF NO. 171) |

      Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983.

      On April 30, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum, directing Plaintiff's institution of confinement to make Plaintiff available to participate in a settlement conference by telephone. (ECF No. 171). On May 24, 2019, the settlement conference judge vacated the settlement conference. (ECF No. 175).

      Because the settlement conference has been vacated, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum as to Brian Caputo, 71322-097, is VACATED.

IT IS SO ORDERED.

   Dated:   **May 29, 2019**            /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

1