UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>        Plaintiff,<br><br>   v.<br><br>GONZALES, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01008-LJO-EPG (PC)<br><br>ORDER RE: MOTION BY DEFENDANT MICHELLE BLACK FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT<br><br>(ECF NO. 173) |

Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983.

On May 23, 2019, defendant Black filed a motion for leave to file a motion for summary judgment. (ECF No. 173). Defendant Black argues that good cause exists to allow defendant Black to file a motion for summary judgment, even though the dispositive motion deadline has passed. Plaintiff's "deposition was repeatedly frustrated primarily due to his transfer to another Federal Prison as a result of a hurricane and the government shut-down. With the relocation of numerous new prisoners and the government shut-down, the new prison was experiencing staffing issues, was required to bring numerous temporary prison staff in and out of the facility on bi-weekly or monthly movements and, as admitted by the prison staff, was very understaffed. These issues interfered with Defendants ability to properly notice and take

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

1

Plaintiff's deposition." (Id. at 1-2). After finally deposing Plaintiff and reviewing the transcript, defendant Black believes she has a reasonable basis for summary judgment being granted as to the claim against her.

The Court finds good cause to modify the schedule to a limited extent. Accordingly, IT IS ORDERED that:

1. Defendant Black has two weeks from the date of service of this order to file a motion for summary judgment;
2. Plaintiff has three weeks from the date of service of the motion for summary judgment to file his opposition; and
3. Defendant Black has seven days from the date of service of Plaintiff's opposition to file her reply.
4. The remainder of the schedule remains as previously set, including the trial date.

IT IS SO ORDERED.

Dated: **May 29, 2019**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE