# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>      Plaintiff,<br><br>  v.<br><br>GONZALEZ and BLACK,<br><br>      Defendants. | Case No. 1:15-cv-01008-EPG (PC)<br><br>ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING TO JULY 30, 2019, AT 9:30 A.M. (11:30 A.M. CENTRAL TIME) AND VACATING TRIAL DATE<br><br>ORDER DIRECTING CLERK TO MAIL A COPY OF THIS ORDER TO THE WARDEN AND LITIGATION COORDINATOR AT USP YAZOO CITY |

Brian Caputo ("Plaintiff") is a prisoner[1] proceeding *pro se* and *in forma pauperis* in this this civil rights action filed pursuant to 42 U.S.C. § 1983.

The parties have consented to magistrate judge jurisdiction and this action has been referred to the undersigned "for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment." (ECF No. 195, p. 2)

To accommodate the Court's calendar, IT IS ORDERED that:

1. The Telephonic Trial Confirmation Hearing is ADVANCED to July 30, 2019, at 9:30 a.m. (11:30 a.m. Central Time). To join the hearing, each party is directed

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

1

to call the toll-free number **(888) 251−2909** and use **Access Code 1024453.** Plaintiff shall make arrangements with staff at his institution of confinement for his attendance at the hearing. The Warden and Litigation Coordinator at Plaintiff's institution of confinement shall make Plaintiff available for the hearing at the date and time indicated above. To the extent possible, prior to the hearing defense counsel shall confirm with Plaintiff's institution of confinement that arrangements have been made for Plaintiff's attendance.

2. The trial date of October 1, 2019, is VACATED. Instead, the trial will begin on one of the following dates: November 4, 2019, November 18, 2019, December 2, 2019, or January 27, 2020. At the Telephonic Trial Confirmation Hearing the parties shall be prepared to discuss their preferred trial date.

3. The Clerk of Court is directed to mail a copy of this order to the Warden and Litigation Coordinator at USP Yazoo City.

IT IS SO ORDERED.

Dated: **July 12, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE