UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>    Plaintiff,<br><br>    v.<br><br>GONZALEZ and BLACK,<br><br>    Defendants. | Case No. 1:15-cv-01008-EPG (PC)<br><br>ORDER APPOINTING COUNSEL |

    Brian Caputo ("Plaintiff") is prisoner[1] proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court finds the appointment of counsel for Plaintiff warranted. Lawrance A. Bohm and Kelsey K. Ciarimboli have been selected from the Court's *pro bono* attorney panel to represent Plaintiff and have agreed to be appointed. Accordingly, IT IS HEREBY ORDERED that:

1. Lawrance A. Bohm and Kelsey K. Ciarimboli are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if they have any questions related to the appointment.
3. While the Court is appointing Lawrance A. Bohm and Kelsey K. Ciarimboli to serve as

---

[1] Plaintiff was detained at Kern County Jail at the time of the incidents alleged in the complaint. He is now incarcerated at USP Yazoo City.

1

counsel for Plaintiff, at this time the Court is not approving any expenses.  The expenses incurred in representing Plaintiff must be approved in advance and be necessary to Plaintiff's case, given that the reimbursement funds come directly out of the Court's Non-Appropriated Fund, which is the limited fund for the entire district for all non-appropriated matters.  The Court notes that under General Order No. 558 § 3, paragraph B, "[i]n the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section."  In other words, any expenses incurred will be reimbursed from any settlement or award to Plaintiff.

4. The Clerk of Court is directed to serve a copy of this order on Lawrance A. Bohm and Kelsey K. Ciarimboli, Bohm Law Group, Inc., 4600 Northgate Blvd., Suite 210, Sacramento, CA 95834.

IT IS SO ORDERED.

Dated: **August 12, 2019**            /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE