# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>    Plaintiff,<br><br>v.<br><br>GONZALEZ and BLACK,<br><br>    Defendants. | Case No. 1:15-cv-01008-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT BRIAN CAPUTO, BOP #71322-097, PLAINTIFF<br><br>(ECF NO. 222)<br><br>ORDER DIRECTING CLERK TO SERVE A COPY OF THIS ORDER ON THE WARDEN OF USP YAZOO CITY |

    On December 27, 2019, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Brian Caputo, BOP #71322-097, Plaintiff, to the court, so that he could testify at upcoming proceedings in this case. (ECF No. 222). On January 6, 2020, Plaintiff filed a notice of settlement. (ECF No. 224).

    In light of the notice of settlement, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to transport Brian Caputo, BOP #71322-097, Plaintiff, is VACATED.

    IT IS FURTHER ORDERED that the Clerk of Court is directed to serve a copy of this order on the Warden of USP Yazoo City. If there is any change in custody of this inmate, the custodian shall provide the new custodian with a copy of this order.

IT IS SO ORDERED.

    Dated: **January 6, 2020**                    /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE