UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO,<br><br>                                   Plaintiff,<br><br>     v.<br><br>GONZALEZ and BLACK,<br><br>                                 Defendants. | Case No. 1:15-cv-01008-EPG (PC)<br><br>ORDER GRANTING PARTIES' MOTION FOR EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL<br><br>(ECF NO. 227) |

    On February 4, 2020, the parties filed a motion for an extension of time, asking that they be given until March 4, 2020, to file the stipulation for dismissal. (ECF No. 227). The parties ask for this extension "due to difficulties in obtaining the signature to the agreed upon settlement from Plaintiff, who is in federal custody out of state." (Id. at 1).

    The Court finds good cause to grant the parties' motion. Accordingly, IT IS HEREBY ORDERED that parties have until March 4, 2020, to file the stipulation for dismissal.

IT IS SO ORDERED.

Dated: **February 5, 2020**     /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE